959 A.2d 905

COMMONWEALTH of Pennsylvania, Petitioner

v.

Stanley Leron WOODY, Respondent.

Supreme Court of Pennsylvania.

Oct. 23, 2008.

## ORDER

PER CURIAM.

AND NOW, this **23rd** day of **October, 2008,** the Petition for Allowance of Appeal is hereby **GRANTED.** The issue, as stated by petitioner, is:

Does the Superior Court order reversing and vacating Respondent's conviction for escape conflict with prior decisions of this Honorable Court and prior decisions of panels of the Superior Court, as well as the plain language of the governing statute, by adding an element to the offense of escape?